IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEAN E. SCHMIDT,

    Plaintiff,

vs.                                    CASE NO. 5:11cv33/RS-CJK

MICHAEL B. DONLEY, Secretary of
Department of Air Force,

    Defendant.
_____/

## ORDER

Defendant's Motion To Stay (Doc. 11) is **denied**.

**ORDERED** on May 12, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**