UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEAN E. SCHMIDT,

  Plaintiff,

v.                               CASE NO. 05:11cv33-RS

MICHAEL B. DONLEY, Secretary,
Department of the Air Force,

  Defendant.
_____/

### NOTICE OF APPEARANCE OF JAMES GARRITY, ESQ. AS ADDITIONAL COUNSEL FOR PLAINTIFF

    James Garrity, Esq. now appears as additional counsel for Plaintiff, and requests addition to the CM/ECF and other service lists.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF service only to all counsel of record this 20TH day of February 2012.

                              Respectfully submitted

                              MARIE A. MATTOX, P. A.


                                /s/   James Garrity
                              James Garrity (FBN: 539211)
                              310 East Bradford Road
                              Tallahassee, FL   32303
                              Telephone:    (850) 383-4800
                              Facsimile:    (850) 383-4801
                              ATTORNEYS FOR PLAINTIFF